McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | Filing Status | Ref Number: | 121520191 |
|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | M 2 | Deposit Date: | 12/17/19 |
| | 500 BEAVER ROAD | | Pay Period: | 12/09/19 - 12/15/19 |
| | JULIAN, PA 16844 | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Hourly Wages | 21.00000 | 32.00 | 672.00 | 39,644.00 |
| Miscellaneous | | | 40.00 | 40.00 |
| Bonus | | | 0.00 | 7,000.00 |
| Sick Time | | | 0.00 | 664.00 |
| Vacation | 21.00000 | 8.00 | 168.00 | 1,512.00 |
| 401k | | | -25.20 | -1,254.60 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED W/T | 49.00 | 3,720.00 |
| FICA SS | 54.56 | 3,029.32 |
| FICA-Medicare | 12.76 | 708.47 |
| PA State Tax EIT W/H | 27.02 | 1,500.05 |
| PA SUTA W/H | 0.53 | 29.14 |
| PS Loan Repay | 42.15 | 2,107.50 |
| Misc Deduction | 40.00 | 40.00 |
| Local Services Tax (LST) | 1.00 | 50.00 |
| Supplemental Life Ins W/H | 10.11 | 486.18 |
| Huston Twp 2.55% 140105 | 22.44 | 1,245.93 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 854.80 | 259.57 | 595.23 | 47,605.40 | 12,916.59 | 34,688.81 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 12/17/19 | 121520191 | 595.23 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ********1422 | ********1116 | C | 250.00 |
| ********8092 | ********9876 | C | 345.23 |
| | Total Current Net: | | 595.23 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

Case 4:19-bk-05367-RNO Doc 20 Filed 02/19/20 Entered 02/19/20 11:51:03 Desc Main Document Page 1 of 9

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 120820191 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 12/10/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 12/02/19 - 12/08/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 38,972.00 | FED W/T | 44.00 | 3,671.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,974.76 |
| Sick Time | | | 0.00 | 664.00 | FICA-Medicare | 12.18 | 695.71 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,473.03 |
| 401k | | | -25.20 | -1,229.40 | PA SUTA W/H | 0.50 | 28.61 |
| | | | | | PS Loan Repay | 42.15 | 2,065.35 |
| | | | | | Local Services Tax (LST) | 1.00 | 49.00 |
| | | | | | Supplemental Life Ins W/H | 10.11 | 476.07 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,223.49 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.23 | 605.57 | 46,750.60 | 12,657.02 | 34,093.58 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 12/10/19 | 120820191 | 605.57 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.57 |
| | Total Current Net: | | 605.57 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 120120191 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 12/03/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 11/25/19 - 12/01/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 38,132.00 | FED W/T | 44.00 | 3,627.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,922.68 |
| Sick Time | | | 0.00 | 664.00 | FICA-Medicare | 12.18 | 683.53 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,447.24 |
| 401k | | | -25.20 | -1,204.20 | PA SUTA W/H | 0.50 | 28.11 |
| | | | | | PS Loan Repay | 42.15 | 2,023.20 |
| | | | | | Local Services Tax (LST) | 1.00 | 48.00 |
| | | | | | Supplemental Life Ins W/H | 10.12 | 465.96 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,202.07 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 45,935.80 | 12,447.79 | 33,488.01 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 12/03/19 | 120120191 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 112420191 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 11/26/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 11/18/19 - 11/24/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 37,292.00 |
| Bonus | | | 0.00 | 7,000.00 |
| Sick Time | | | 0.00 | 664.00 |
| Vacation | | | 0.00 | 1,344.00 |
| 401k | | | -25.20 | -1,179.00 |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| FED W/T | 44.00 | 3,583.00 |
| FICA SS | 52.08 | 2,870.60 |
| FICA-Medicare | 12.18 | 671.35 |
| PA State Tax EIT W/H | 25.79 | 1,421.45 |
| PA SUTA W/H | 0.50 | 27.61 |
| PS Loan Repay | 42.15 | 1,981.05 |
| Local Services Tax (LST) | 1.00 | 47.00 |
| Supplemental Life Ins W/H | 10.12 | 455.84 |
| Huston Twp 2.55% 140105 | 21.42 | 1,180.65 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 45,121.00 | 12,238.55 | 32,882.45 |

HOLDERMAN9227

Your check has been deposited in your bank account:

| Date | Ref No. | Amount |
|---|---|---|
| 11/26/19 | 112420191 | 605.56 |

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

Case 4:19-bk-05367-RNO  Doc 20  Filed 02/19/20  Entered 02/19/20 11:51:03  Desc
Main Document  Page 4 of 9

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 111720191 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 11/19/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 11/11/19 - 11/17/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 36,452.00 | FED W/T | 44.00 | 3,539.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,818.52 |
| Sick Time | | | 0.00 | 664.00 | FICA-Medicare | 12.18 | 659.17 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,395.66 |
| 401k | | | -25.20 | -1,153.80 | PA SUTA W/H | 0.50 | 27.11 |
| | | | | | PS Loan Repay | 42.15 | 1,938.90 |
| | | | | | Local Services Tax (LST) | 1.00 | 46.00 |
| | | | | | Supplemental Life Ins W/H | 10.12 | 445.72 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,159.23 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | | 44,306.20 | 12,029.31 | 32,276.89 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 11/19/19 | 111720191 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

**MELINDA J. HOLDERMAN**
**500 BEAVER ROAD**
**JULIAN, PA 16844**

Case 4:19-bk-05367-RNO  Doc 20  Filed 02/19/20  Entered 02/19/20 11:51:03  Desc
Main Document    Page 5 of 9

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | Filing Status | | Ref Number: | 111020191 |
|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | M | 2 | Deposit Date: | 11/12/19 |
| | 500 BEAVER ROAD | | | Pay Period: | 11/04/19 - 11/10/19 |
| | JULIAN, PA 16844 | | | Pay Frequency: | Weekly |

## Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 35,612.00 |
| Bonus | | | 0.00 | 7,000.00 |
| Sick Time | | | 0.00 | 664.00 |
| Vacation | | | 0.00 | 1,344.00 |
| 401k | | | -25.20 | -1,128.60 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FED W/T | 44.00 | 3,495.00 |
| FICA SS | 52.08 | 2,766.44 |
| FICA-Medicare | 12.18 | 646.99 |
| PA State Tax EIT W/H | 25.79 | 1,369.87 |
| PA SUTA W/H | 0.50 | 26.61 |
| PS Loan Repay | 42.15 | 1,896.75 |
| Local Services Tax (LST) | 1.00 | 45.00 |
| Supplemental Life Ins W/H | 10.12 | 435.60 |
| Huston Twp 2.55% 140105 | 21.42 | 1,137.81 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 43,491.40 | 11,820.07 | 31,671.33 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 11/12/19 | 111020191 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ********1422 | ********1116 | C | 250.00 |
| ********8092 | ********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | | Filing Status | | Ref Number: | 110320191 |
|---|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | | M | 2 | Deposit Date: | 11/05/19 |
| | 500 BEAVER ROAD | | | | | Pay Period: | 10/28/19 - 11/03/19 |
| | JULIAN, PA 16844 | | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 34,772.00 | FED W/T | 44.00 | 3,451.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,714.36 |
| Sick Time | | | 0.00 | 664.00 | FICA-Medicare | 12.18 | 634.81 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,344.08 |
| 401k | | | -25.20 | -1,103.40 | PA SUTA W/H | 0.50 | 26.11 |
| | | | | | PS Loan Repay | 42.15 | 1,854.60 |
| | | | | | Local Services Tax (LST) | 1.00 | 44.00 |
| | | | | | Supplemental Life Ins W/H | 10.12 | 425.48 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,116.39 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 42,676.60 | 11,610.83 | 31,065.77 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 11/05/19 | 110320191 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 102720191 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 10/29/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 10/21/19 - 10/27/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 40.00 | 840.00 | 33,932.00 | FED W/T | 44.00 | 3,407.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,662.28 |
| Sick Time | | | 0.00 | 664.00 | FICA-Medicare | 12.18 | 622.63 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,318.29 |
| 401k | | | -25.20 | -1,078.20 | PA SUTA W/H | 0.50 | 25.61 |
| | | | | | PS Loan Repay | 42.15 | 1,812.45 |
| | | | | | Local Services Tax (LST) | 1.00 | 43.00 |
| | | | | | Supplemental Life Ins W/H | 10.12 | 415.36 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,094.97 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 41,861.80 | 11,401.59 | 30,460.21 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 10/29/19 | 102720191 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | *********1116 | C | 250.00 |
| *********8092 | *********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

**MELINDA J. HOLDERMAN**
**500 BEAVER ROAD**
**JULIAN, PA 16844**

Case 4:19-bk-05367-RNO   Doc 20   Filed 02/19/20   Entered 02/19/20 11:51:03   Desc Main Document   Page 8 of 9

McClure Company
4101 N Sixth Street
Harrisburg, PA 17110

| Emp No. | Name / Address | | Filing Status | | Ref Number: | 201910201 |
|---|---|---|---|---|---|---|
| 9227 | MELINDA J. HOLDERMAN | | M | 2 | Deposit Date: | 10/22/19 |
| | 500 BEAVER ROAD | | | | Pay Period: | 10/14/19 - 10/20/19 |
| | JULIAN, PA 16844 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Hourly Wages | 21.00000 | 32.00 | 672.00 | 33,092.00 | FED W/T | 44.00 | 3,363.00 |
| Bonus | | | 0.00 | 7,000.00 | FICA SS | 52.08 | 2,610.20 |
| Sick Time | 21.00000 | 8.00 | 168.00 | 664.00 | FICA-Medicare | 12.18 | 610.45 |
| Vacation | | | 0.00 | 1,344.00 | PA State Tax EIT W/H | 25.79 | 1,292.50 |
| 401k | | | -25.20 | -1,053.00 | PA SUTA W/H | 0.50 | 25.11 |
| | | | | | PS Loan Repay | 42.15 | 1,770.30 |
| | | | | | Local Services Tax (LST) | 1.00 | 42.00 |
| | | | | | Supplemental Life Ins W/H | 10.12 | 405.24 |
| | | | | | Huston Twp 2.55% 140105 | 21.42 | 1,073.55 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 814.80 | 209.24 | 605.56 | 41,047.00 | 11,192.35 | 29,854.65 |

HOLDERMAN9227

| Date | Ref No. | Amount |
|---|---|---|
| 10/22/19 | 201910201 | 605.56 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1422 | ********1116 | C | 250.00 |
| *********8092 | ********9876 | C | 355.56 |
| | Total Current Net: | | 605.56 |

MELINDA J. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA 16844