

FXFSNO 00049808    008510-004533
DCL   002498758

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

```
                    Page 001 of 002
Pay Period:     12/01/2019 - 12/07/2019
Advice Date:    12/13/2019
Advice Number:  0024159705
Batch Number:   DCL002015386
Employee ID:    2498758
```

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

```
Exemptions    Addl Amt   Addl %
Fed:    M-04
PA(W):  N-04
```

Total Hours for Hourly/Piece Rate Period 12/01/19 - 12/07/19
Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 99.97 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 8.00 | 14.7900 | 118.32 | 3625.23 |
| Fuel | 4.00 | 7.3950 | 29.58 | 1425.76 |
| Hook | 7.00 | 14.7900 | 103.53 | 3334.31 |
| Mileage | 1872.00 | 0.6888 | 1289.43 | 72037.22 |
| Trctr Only | 1.00 | 7.3950 | 7.40 | 1632.16 |
| PIECE RATE | | | 1548.26 | Sub-Total |
| GROSS WAGES $$ | | | 1548.26 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Pto/Supp | | | | 831.06 |
| Vacation | | | | 4529.54 |
| Holiday | | | | 1626.48 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1548.26 | 91425.52 |
| Fed Tax Wages | | | 1416.42 | 83974.78 |

| Leave Hrs YTD | Earned | Taken | Balance | |
|---|---|---|---|---|
| Sick Balance | 43.8 | 28.4 | 15.4 | |
| Vacation Balance | 121.6 | 107.6 | 14.0 | |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1548.26 | 91425.52 |
| TOTAL TAXES | 299.65 | 18690.67 |
| TOTAL DEDUCTIONS | 219.18 | 10609.72 |
| NET PAY | 1029.43 | 62125.13 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 96.51 | 6656.15 |
| Fed MED/EE | 22.11 | 1308.57 |
| Fed OASDI/EE | 94.54 | 5595.28 |
| PA Unempl EE | 0.93 | 54.86 |
| PA Withholdng | 46.74 | 2767.25 |
| PA PA LOCAL Withh | 38.82 | 2298.56 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 299.65 | 18690.67 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 108.38 | 6271.66 |
| 401kLoan08 | 44.02 | 1540.70 |
| Critcl Ill | 4.73 | 231.77 |
| Life Ins02 | 1.99 | 97.45 |
| &Dental 09 | 6.10 | 305.00 |
| Life Ins09 | 0.41 | 13.53 |
| Life Ins05 | 6.63 | 216.49 |
| &Medical 16 | 18.92 | 945.54 |
| Life Ins10 | 23.17 | 750.21 |
| &Vision 07 | 0.72 | 35.98 |
| HospIndemn | 4.11 | 201.39 |
| TOTAL DEDUCTIONS | 219.18 | 10609.72 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

© 2005 Automatic Data Processing (DCSLVD)

---

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0024159705
Advice Date:   12/13/2019
2498758

*** THIS IS NOT A CHECK ***

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| VICTOR C HOLDERMAN | XXXXX1116 | 1029.43 |

FXFSNO 00049808    008511-004533
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: M-04 | | |
| PA(W): N-04 | | |

# Earnings Statement

Page 002 of 002
Pay Period:      12/01/2019 - 12/07/2019
Advice Date:     12/13/2019
Advice Number:   0024159705
Batch Number:    DCL002015386
Employee ID:     2498758

**VICTOR C HOLDERMAN**

**Delivering on the Purple Promise makes this check possible.**

| | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 107.44 |
| TOTAL TXBLE BENEF | 2.28 | 107.44 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 54.19 | 3199.88 |
| TOTAL ER PD BENEF | 54.19 | 3199.88 |

Other Information
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

© 2009 Automatic Data Processing (PCSUV0)



THIS IS NOT A CHECK



FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

| | |
|---|---|
| Pay Period: | Page 001 of 002<br>11/24/2019 - 11/30/2019 |
| Advice Date: | 12/06/2019 |
| Advice Number: | 0024103691 |
| Batch Number: | DCL002015376 |
| Employee ID: | 2498758 |

**VICTOR C HOLDERMAN**

**Delivering on the Purple Promise makes this check possible.**

Exemptions  Addl Amt  Addl %
Fed: M-04
PA(W): N-04

Total Hours for Hourly/Piece Rate Period 11/24/19 - 11/30/19
Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 99.97 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 6.00 | 14.7900 | 88.74 | 3506.91 |
| Fuel | 3.00 | 7.3950 | 22.19 | 1396.18 |
| Hook | 6.00 | 14.7900 | 88.74 | 3230.78 |
| Mileage | 1404.00 | 0.6888 | 967.08 | 70747.79 |
| Trctr Only | | | | 1624.76 |
| PIECE RATE | | | 1166.75 | Sub-Total |
| GROSS WAGES $$ | | | 1166.75 | Sub-Total |
| Holiday | 16.00 | 29.580 | 473.28 | 1626.48 |
| Show Up Py | | | | 57.66 |
| Pto/Supp | | | | 831.06 |
| Vacation | | | | 4529.54 |
| NON-WRKD HRS | 16.00 # | 29.580 ## | 473.28 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1640.03 | 89877.26 |
| Fed Tax Wages | | | 1501.77 | 82558.36 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 43.2 | 28.4 | 14.8 |
| Vacation Balance | 121.6 | 107.6 | 14.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1640.03 | 89877.26 |
| TOTAL TAXES | 322.13 | 18391.02 |
| TOTAL DEDUCTIONS | 225.60 | 10390.54 |
| NET PAY | 1092.30 | 61095.70 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 106.75 | 6559.64 |
| Fed MED/EE | 23.44 | 1286.46 |
| Fed OASDI/EE | 100.23 | 5500.74 |
| PA Unempl EE | 0.99 | 53.93 |
| PA Withholdng | 49.56 | 2720.51 |
| PA PA LOCAL Withh | 41.16 | 2259.74 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 322.13 | 18391.02 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 114.80 | 6163.28 |
| 401kLoan08 | 44.02 | 1496.68 |
| Critcl Ill | 4.73 | 227.04 |
| Life Ins02 | 1.99 | 95.46 |
| &Dental 09 | 6.10 | 298.90 |
| Life Ins09 | 0.41 | 13.12 |
| Life Ins05 | 6.63 | 209.86 |
| &Medical 16 | 18.92 | 926.62 |
| Life Ins10 | 23.17 | 727.04 |
| &Vision 07 | 0.72 | 35.26 |
| HospIndemn | 4.11 | 197.28 |
| TOTAL DEDUCTIONS | 225.60 | 10390.54 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

© ADP Automatic Data Processing (ICSUV0)

---



FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0024103691
Advice Date: 12/06/2019
2498758

**THIS IS NOT A CHECK**

Deposited to the account of
VICTOR C HOLDERMAN

Account Number
XXXXX1116

Amount
1092.30

Case 4:19-bk-05367-RNO Doc 21 Filed 02/19/20 Entered 02/19/20 11:52:25 Desc Main Document Page 3 of 18

# FedEx

FXFSNO 00049808    008521-004531
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions    Addl Amt   Addl %
Fed:   M-04
PA(W): N-04

# Earnings Statement

Page 002 of 002
Pay Period:      11/24/2019 - 11/30/2019
Advice Date:     12/06/2019
Advice Number:   0024103691
Batch Number:    DCL002015376
Employee ID:     2498758

**VICTOR C HOLDERMAN**
--------------------------------
Delivering on the Purple Promise
makes this check possible.

| | | |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 105.16 |
| TOTAL TXBLE BENEF | 2.28 | 105.16 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 57.40 | 3145.69 |
| TOTAL ER PD BENEF | 57.40 | 3145.69 |

Other Information
\# Represents all hrs in this category
\#\#Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal Inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

© 2003 AutomaticData Processing (PCPUG)



THIS IS NOT A CHECK

# FedEx



**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

PXFSNO 00049808   008530-004544
DCL    002498758

# Earnings Statement

| | |
|---|---|
| Page | 001 of 002 |
| Pay Period: | 11/17/2019 - 11/23/2019 |
| Advice Date: | 11/27/2019 |
| Advice Number: | 0024081559 |
| Batch Number: | DCL002015366 |
| Employee ID: | 2498758 |

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

Exemptions   Addl Amt   Addl %
Fed:   M-04
PA(W):  N-04

Total Hours for Hourly/Piece Rate Period 11/17/19 - 11/23/19
Worked = 0.45 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Education | 0.45 | 29.580 | 13.31 | 99.97 |
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| STRAIGHT TIME | 0.45 # | 29.580 ## | 13.31 | Sub-Total |
| Drop | 10.00 | 14.7900 | 147.90 | 3418.17 |
| Fuel | 5.00 | 7.3950 | 36.98 | 1373.99 |
| Hook | 7.00 | 14.7900 | 103.53 | 3142.04 |
| Mileage | 2340.00 | 0.6888 | 1611.79 | 69780.71 |
| Trctr Only | 3.00 | 7.3950 | 22.19 | 1624.76 |
| PIECE RATE | | | 1922.39 | Sub-Total |
| GROSS WAGES $$ | | | 1935.70 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Holiday | | | | 1153.20 |
| Pto/Supp | | | | 831.06 |
| Vacation | | | | 4529.54 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1935.70 | 88237.23 |
| Fed Tax Wages | | | 1776.74 | 81056.59 |

| Leave Hrs YTD | Earned | Taken | Balance | |
|---|---|---|---|---|
| Sick Balance | 42.6 | 28.4 | 14.2 | |
| Vacation Balance | 121.6 | 107.6 | 14.0 | |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1935.70 | 88237.23 |
| TOTAL TAXES | 394.52 | 18068.89 |
| TOTAL DEDUCTIONS | 246.30 | 10164.94 |
| NET PAY | 1294.88 | 60003.40 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 139.75 | 6452.89 |
| Fed MED/EE | 27.72 | 1263.02 |
| Fed OASDI/EE | 118.55 | 5400.51 |
| PA Unempl EE | 1.16 | 52.94 |
| PA Withholdng | 58.64 | 2670.95 |
| PA PA LOCAL Withh | 48.70 | 2218.58 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 394.52 | 18068.89 |
| Deductions | This Stmt | Year-To-Date |
| &401kPreTx3 | 135.50 | 6048.48 |
| 401kLoan08 | 44.02 | 1452.66 |
| Critcl Ill | 4.73 | 222.31 |
| Life Ins02 | 1.99 | 93.47 |
| &Dental 09 | 6.10 | 292.80 |
| Life Ins09 | 0.41 | 12.71 |
| Life Ins05 | 6.63 | 203.23 |
| &Medical 16 | 18.92 | 907.70 |
| Life Ins10 | 23.17 | 703.87 |
| &Vision 07 | 0.72 | 34.54 |
| HospIndemn | 4.11 | 193.17 |
| TOTAL DEDUCTIONS | 246.30 | 10164.94 |
| Txbl Benefits | This Stmt | Year-To-Date |

© ADP AutomaticData Processing (ADSUV0)

---

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0024081559
Advice Date: 11/27/2019
2498758

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| VICTOR C HOLDERMAN | XXXXX1116 | 1294.88 |

Case 4:19-bk-05367-RNO  Doc 21  Filed 02/19/20  Entered 02/19/20 11:52:25  Desc Main Document  Page 5 of 18

FXFSNO 00049808   008531-004544
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: M-04 | | |
| PA(W): N-04 | | |

# Earnings Statement

Pay Period:    11/17/2019 - 11/23/2019
Advice Date:   11/27/2019
Advice Number: 0024081559
Batch Number:  DCL002015366
Employee ID:   2498758

Page 002 of 002

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

|  | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 102.88 |
| TOTAL TXBLE BENEF | 2.28 | 102.88 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 67.75 | 3088.29 |
| TOTAL ER PD BENEF | 67.75 | 3088.29 |

Other Information
\# Represents all hrs in this category
\#\#Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For legal inquiries please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

© 2002 Automatic Data Processing (TCSIVO)



THIS IS NOT A CHECK

# Earnings Statement

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 11/10/2019 - 11/16/2019
Advice Date: 11/22/2019
Advice Number: 0024017856
Batch Number: DCL002015358
Employee ID: 2498758

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt    Addl %
Fed:    M-04
PA(W): N-04

Total Hours for Hourly/Piece Rate Period 11/10/19 - 11/16/19
Worked = 0.00 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 86.66 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 8.00 | 14.7900 | 118.32 | 3270.27 |
| Fuel | 4.00 | 7.3950 | 29.58 | 1337.01 |
| Hook | 6.00 | 14.7900 | 88.74 | 3038.51 |
| Mileage | 1872.00 | 0.6888 | 1289.43 | 68168.92 |
| Trctr Only | 2.00 | 7.3950 | 14.79 | 1602.57 |
| PIECE RATE | | | 1540.86 | Sub-Total |
| GROSS WAGES $$ | | | 1540.86 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Holiday | | | | 1153.20 |
| Pto/Supp | | | | 831.06 |
| Vacation | | | | 4529.54 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1540.86 | 86301.53 |
| Fed Tax Wages | | | 1409.54 | 79273.85 |

| Leave Hrs YTD | Earned | Taken | Balance | |
|---|---|---|---|---|
| Sick Balance | 42.0 | 28.4 | 13.6 | |
| Vacation Balance | 121.6 | 107.6 | 14.0 | |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1540.86 | 86301.53 |
| TOTAL TAXES | 297.84 | 17674.37 |
| TOTAL DEDUCTIONS | 218.66 | 9918.64 |
| NET PAY | 1024.36 | 58708.52 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 95.68 | 6313.14 |
| Fed MED/EE | 22.01 | 1235.30 |
| Fed OASDI/EE | 94.08 | 5281.96 |
| PA Unempl EE | 0.92 | 51.78 |
| PA Withholdng | 46.51 | 2612.31 |
| PA PA LOCAL Withh | 38.64 | 2169.88 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 297.84 | 17674.37 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 107.86 | 5912.98 |
| 401kLoan08 | 44.02 | 1408.64 |
| Critcl Ill | 4.73 | 217.58 |
| Life Ins02 | 1.99 | 91.48 |
| &Dental 09 | 6.10 | 286.70 |
| Life Ins09 | 0.41 | 12.30 |
| Life Ins05 | 6.63 | 196.60 |
| &Medical 16 | 18.92 | 888.78 |
| Life Ins10 | 23.17 | 680.70 |
| &Vision 07 | 0.72 | 33.82 |
| HospIndemn | 4.11 | 189.06 |
| TOTAL DEDUCTIONS | 218.66 | 9918.64 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

---

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0024017856
Advice Date: 11/22/2019
2498758



Deposited to the account of
VICTOR C HOLDERMAN

Account Number
XXXXX1116

Amount
1024.36

THIS IS NOT A CHECK

# Earnings Statement

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Pay Period: 11/10/2019 - 11/16/2019
Advice Date: 11/22/2019
Advice Number: 0024017856
Batch Number: DCL002015358
Employee ID: 2498758

Page 002 of 002

**VICTOR C HOLDERMAN**

**Delivering on the Purple Promise makes this check possible.**

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: M-04 | | |
| PA(W): N-04 | | |

| | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 100.60 |
| TOTAL TXBLE BENEF | 2.28 | 100.60 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 53.93 | 3020.54 |
| TOTAL ER PD BENEF | 53.93 | 3020.54 |

Other Information
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal Inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

THIS IS NOT A CHECK

# Earnings Statement

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

PXFSNO 00049808   008560-004554
DCL    002498758

Page 001 of 002
Pay Period:     11/03/2019 - 11/09/2019
Advice Date:    11/15/2019
Advice Number:  0023988130
Batch Number:   DCL002015349
Employee ID:    2498758

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt   Addl %
Fed:    M-04
PA(W):  N-04

Total Hours for Hourly/Piece Rate Period 11/03/19 - 11/09/19
  Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 86.66 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | | | | 3151.95 |
| Fuel | | | | 1307.43 |
| Hook | | | | 2949.77 |
| Mileage | | | | 66879.49 |
| Trctr Only | | | | 1587.78 |
| PIECE RATE | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 0.00 | Sub-Total |
| Vacation | 40.00 | 42.100 | 1684.00 | 4529.54 |
| Show Up Py | | | | 57.66 |
| Holiday | | | | 1153.20 |
| Pto/Supp | | | | 831.06 |
| NON-WRKD HRS | 40.00 # | 42.100 ## | 1684.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1684.00 | 84760.67 |
| Fed Tax Wages | | | 1542.66 | 77870.31 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 41.4 | 28.4 | 13.0 |
| Vacation Balance | 111.6 | 107.6 | 4.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1684.00 | 84760.67 |
| TOTAL TAXES | 332.90 | 17376.53 |
| TOTAL DEDUCTIONS | 228.68 | 9699.98 |
| NET PAY | 1122.42 | 57684.16 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 111.66 | 6217.46 |
| Fed MED/EE | 24.07 | 1213.29 |
| Fed OASDI/EE | 102.96 | 5187.88 |
| PA Unempl EE | 1.01 | 50.86 |
| PA Withholdng | 50.91 | 2565.80 |
| PA PA LOCAL Withh | 42.29 | 2131.24 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 332.90 | 17376.53 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 117.88 | 5805.12 |
| 401kLoan08 | 44.02 | 1364.62 |
| Critcl Ill | 4.73 | 212.85 |
| Life Ins02 | 1.99 | 89.49 |
| &Dental 09 | 6.10 | 280.60 |
| Life Ins09 | 0.41 | 11.89 |
| Life Ins05 | 6.63 | 189.97 |
| &Medical 16 | 18.92 | 869.86 |
| Life Ins10 | 23.17 | 657.53 |
| &Vision 07 | 0.72 | 33.10 |
| HospIndemn | 4.11 | 184.95 |
| TOTAL DEDUCTIONS | 228.68 | 9699.98 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

---

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0023988130
Advice Date:   11/15/2019
2498758

**THIS IS NOT A CHECK**

Deposited to the account of
VICTOR C HOLDERMAN

Account Number
XXXXX1116

Amount
1122.42

Case 4:19-bk-05367-RNO   Doc 21   Filed 02/19/20   Entered 02/19/20 11:52:25   Desc
Main Document   Page 9 of 18



FXFSNO 00049808    008561-004554
DCL     002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions    Addl Amt   Addl %
Fed:   M-04
PA(W): N-04

# Earnings Statement

```
                    Page  002 of 002
Pay Period:         11/03/2019 - 11/09/2019
Advice Date:        11/15/2019
Advice Number:      0023988130
Batch Number:       DCL002015349
Employee ID:        2498758
```

**VICTOR C HOLDERMAN**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

```
@ ImpIncLif2            2.28        98.32
TOTAL TXBLE BENEF       2.28        98.32
ER Paid Benefits      This Stmt   Year-To-Date
@&401kPreTx3           58.94       2966.61
TOTAL ER PD BENEF      58.94       2966.61
Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal Inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601
```

© 2002 Automatic Data Processing (PCSUV3)





THIS IS NOT A CHECK



FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

PXFSNO 00049808   008586-004566
DCL   002498758

# Earnings Statement

| | |
|---|---|
| Page | 001 of 002 |
| Pay Period: | 10/27/2019 - 11/02/2019 |
| Advice Date: | 11/08/2019 |
| Advice Number: | 0023954297 |
| Batch Number: | DCL002015339 |
| Employee ID: | 2498758 |

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

Exemptions    Addl Amt    Addl %
Fed:   M-04
PA(W): N-04

Total Hours for Hourly/Piece Rate Period 10/27/19 - 11/02/19
  Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 86.66 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 6.00 | 14.7900 | 88.74 | 3151.95 |
| Fuel | 3.00 | 7.3950 | 22.19 | 1307.43 |
| Hook | 5.00 | 14.7900 | 73.95 | 2949.77 |
| Mileage | 1404.00 | 0.6888 | 967.08 | 66879.49 |
| Trctr Only | 1.00 | 7.3950 | 7.40 | 1587.78 |
| PIECE RATE | | | 1159.36 | Sub-Total |
| GROSS WAGES $$ | | | 1159.36 | Sub-Total |
| Pto/Supp | 16.00 | 29.580 | 473.28 | 831.06 |
| Show Up Py | | | | 57.66 |
| Vacation | | | | 2845.54 |
| Holiday | | | | 1153.20 |
| NON-WRKD HRS | 16.00 # | 29.580 ## | 473.28 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1632.64 | 83076.67 |
| Fed Tax Wages | | | 1494.90 | 76327.65 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 40.8 | 28.4 | 12.4 |
| Vacation Balance | 111.6 | 67.6 | 44.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1632.64 | 83076.67 |
| TOTAL TAXES | 320.33 | 17043.63 |
| TOTAL DEDUCTIONS | 225.08 | 9471.30 |
| NET PAY | 1087.23 | 56561.74 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 105.93 | 6105.80 |
| Fed MED/EE | 23.34 | 1189.22 |
| Fed OASDI/EE | 99.77 | 5084.92 |
| PA Unempl EE | 0.98 | 49.85 |
| PA Withholdng | 49.33 | 2514.89 |
| PA PA LOCAL Withh | 40.98 | 2088.95 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 320.33 | 17043.63 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 114.28 | 5687.24 |
| 401kLoan08 | 44.02 | 1320.60 |
| Critcl Ill | 4.73 | 208.12 |
| Life Ins02 | 1.99 | 87.50 |
| &Dental 09 | 6.10 | 274.50 |
| Life Ins09 | 0.41 | 11.48 |
| Life Ins05 | 6.63 | 183.34 |
| &Medical 16 | 18.92 | 850.94 |
| Life Ins10 | 23.17 | 634.36 |
| &Vision 07 | 0.72 | 32.38 |
| HospIndemn | 4.11 | 180.84 |
| TOTAL DEDUCTIONS | 225.08 | 9471.30 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|



FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0023954297
Advice Date: 11/08/2019
2498758



Deposited to the account of
VICTOR C HOLDERMAN

Account Number
XXXXX1116

Amount
1087.23

PXFSNO 00049808    008587-004566
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions    Addl Amt    Addl %
Fed:   M-04
PA(W): N-04

# Earnings Statement

Pay Period:      10/27/2019 - 11/02/2019
Advice Date:     11/08/2019
Advice Number:   0023954297
Batch Number:    DCL002015339
Employee ID:     2498758

Page 002 of 002

**VICTOR  C  HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

| | | |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 96.04 |
| TOTAL TXBLE BENEF | 2.28 | 96.04 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 57.14 | 2907.67 |
| TOTAL ER PD BENEF | 57.14 | 2907.67 |

Other Information
\# Represents all hrs in this category
\##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal Inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

© 2003 Automatic Data Processing (ADPUV0)



THIS IS NOT A CHECK

# FedEx

FXFSNO 00049808  008565-004566
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions    Addl Amt   Addl %
Fed:   M-04
PA(W): N-04

# Earnings Statement

Page 001 of 002
Pay Period:    10/20/2019 - 10/26/2019
Advice Date:   11/01/2019
Advice Number: 0023909429
Batch Number:  DCL002015329
Employee ID:   2498758

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise
makes this check possible.

Total Hours for Hourly/Piece Rate Period 10/20/19 - 10/26/19
Worked = 0.60 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Education | 0.60 | 29.580 | 17.75 | 86.66 |
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| STRAIGHT TIME | 0.60 # | 29.580 ## | 17.75 | Sub-Total |
| Drop | 7.00 | 14.7900 | 103.53 | 3063.21 |
| Fuel | 4.00 | 7.3950 | 29.58 | 1285.24 |
| Hook | 6.00 | 14.7900 | 88.74 | 2875.82 |
| Mileage | 1872.00 | 0.6888 | 1289.43 | 65912.41 |
| Trctr Only | 3.00 | 7.3950 | 22.19 | 1580.38 |
| PIECE RATE | | | 1533.47 | Sub-Total |
| GROSS WAGES $$ | | | 1551.22 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Pto/Supp | | | | 357.78 |
| Vacation | | | | 2845.54 |
| Holiday | | | | 1153.20 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | This Stmt | Year-To-Date |
|---|---|---|---|
| TOTAL GROSS PAY | | 1551.22 | 81444.03 |
| Fed Tax Wages | | 1419.17 | 74832.75 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 40.1 | 12.4 | 27.7 |
| Vacation Balance | 111.6 | 67.6 | 44.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1551.22 | 81444.03 |
| TOTAL TAXES | 300.37 | 16723.30 |
| TOTAL DEDUCTIONS | 219.39 | 9246.22 |
| NET PAY | 1031.46 | 55474.51 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 96.84 | 5999.87 |
| Fed MED/EE | 22.15 | 1165.88 |
| Fed OASDI/EE | 94.72 | 4985.15 |
| PA Unempl EE | 0.93 | 48.87 |
| PA Withholdng | 46.83 | 2465.56 |
| PA PA LOCAL Withh | 38.90 | 2047.97 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 300.37 | 16723.30 |
| **Deductions** | **This Stmt** | **Year-To-Date** |
| &401kPreTx3 | 108.59 | 5572.96 |
| 401kLoan08 | 44.02 | 1276.58 |
| Critcl Ill | 4.73 | 203.39 |
| Life Ins02 | 1.99 | 85.51 |
| &Dental 09 | 6.10 | 268.40 |
| Life Ins09 | 0.41 | 11.07 |
| Life Ins05 | 6.63 | 176.71 |
| &Medical 16 | 18.92 | 832.02 |
| Life Ins10 | 23.17 | 611.19 |
| &Vision 07 | 0.72 | 31.66 |
| HospIndemn | 4.11 | 176.73 |
| TOTAL DEDUCTIONS | 219.39 | 9246.22 |
| Txbl Benefits | This Stmt | Year-To-Date |

---

# FedEx

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0023909429
Advice Date:   11/01/2019
2498758

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number                    Amount
VICTOR C HOLDERMAN                   XXXXX1116                         1031.46

FXPSNO 00049808    008566-004566
DCL    002498758

![FedEx]

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions     Addl Amt    Addl %
Fed:    M-04
PA(W):  N-04

# Earnings Statement

Page 002 of 002
Pay Period:      10/20/2019 - 10/26/2019
Advice Date:     11/01/2019
Advice Number:   0023909429
Batch Number:    DCL002015329
Employee ID:     2498758

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise
makes this check possible.

```
@ ImpIncLif2              2.28        93.76
TOTAL TXBLE BENEF         2.28        93.76
ER Paid Benefits       This Stmt   Year-To-Date
@&401kPreTx3             54.29      2850.53
TOTAL ER PD BENEF        54.29      2850.53
Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601
```





THIS IS NOT A CHECK

Case 4:19-bk-05367-RNO   Doc 21   Filed 02/19/20   Entered 02/19/20 11:52:25   Desc
Main Document   Page 14 of 18



# Earnings Statement

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

| | | |
|---|---|---|
| Page | 001 of 002 | |
| Pay Period: | 10/13/2019 - 10/19/2019 | |
| Advice Date: | 10/25/2019 | |
| Advice Number: | 0023853062 | |
| Batch Number: | DCL002015319 | |
| Employee ID: | 2498758 | |

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise makes this check possible.

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: M-04 | | |
| PA(W): N-04 | | |

Total Hours for Hourly/Piece Rate Period 10/13/19 - 10/19/19
Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 68.91 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 6.00 | 14.7900 | 88.74 | 2959.68 |
| Fuel | 4.00 | 7.3950 | 29.58 | 1255.66 |
| Hook | 6.00 | 14.7900 | 88.74 | 2787.08 |
| Mileage | 1872.00 | 0.6888 | 1289.43 | 64622.98 |
| Trctr Only | 4.00 | 7.3950 | 29.58 | 1558.19 |
| PIECE RATE | | | 1526.07 | Sub-Total |
| GROSS WAGES $$ | | | 1526.07 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Pto/Supp | | | | 357.78 |
| Vacation | | | | 2845.54 |
| Holiday | | | | 1153.20 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 1526.07 | 79892.81 |
| Fed Tax Wages | | | 1395.79 | 73413.58 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 39.5 | 12.4 | 27.1 |
| Vacation Balance | 111.6 | 67.6 | 44.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1526.07 | 79892.81 |
| TOTAL TAXES | 294.22 | 16422.93 |
| TOTAL DEDUCTIONS | 217.62 | 9026.83 |
| NET PAY | 1014.23 | 54443.05 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 94.03 | 5903.03 |
| Fed MED/EE | 21.79 | 1143.73 |
| Fed OASDI/EE | 93.16 | 4890.43 |
| PA Unempl EE | 0.92 | 47.94 |
| PA Withholdng | 46.06 | 2418.73 |
| PA PA LOCAL Withh | 38.26 | 2009.07 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 294.22 | 16422.93 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 106.82 | 5464.37 |
| 401kLoan08 | 44.02 | 1232.56 |
| Critcl Ill | 4.73 | 198.66 |
| Life Ins02 | 1.99 | 83.52 |
| &Dental 09 | 6.10 | 262.30 |
| Life Ins09 | 0.41 | 10.66 |
| Life Ins05 | 6.63 | 170.08 |
| &Medical 16 | 18.92 | 813.10 |
| Life Ins10 | 23.17 | 588.02 |
| &Vision 07 | 0.72 | 30.94 |
| HospIndemn | 4.11 | 172.62 |
| TOTAL DEDUCTIONS | 217.62 | 9026.83 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

---

**FedEx Freight, Inc.**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0023853062
Advice Date: 10/25/2019
2498758

**THIS IS NOT A CHECK**

**Deposited to the account of**
VICTOR C HOLDERMAN

Account Number: XXXXX1116

Amount: 1014.23



FXFSNO 00049808        008635-004607
DCL    002498758

# FedEx.

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions    Addl Amt    Addl %
Fed:   M-04
PA(W): N-04

# Earnings Statement

Pay Period:      Page 002 of 002
Advice Date:     10/13/2019 - 10/19/2019
Advice Number:   10/25/2019
Batch Number:    0023853062
Employee ID:     DCL002015319
                 2498758

**VICTOR C HOLDERMAN**
--------------------------------
Delivering on the Purple Promise
makes this check possible.

| | | |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 91.48 |
| TOTAL TXBLE BENEF | 2.28 | 91.48 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 53.41 | 2796.24 |
| TOTAL ER PD BENEF | 53.41 | 2796.24 |

Other Information
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601

© 2002 Automatic Data Processing (PCSUV5)





FXFSNO 00049808    008610-004595
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

| | |
|---|---|
| Page | 001 of 002 |
| Pay Period: | 10/06/2019 - 10/12/2019 |
| Advice Date: | 10/18/2019 |
| Advice Number: | 0023823115 |
| Batch Number: | DCL002015309 |
| Employee ID: | 2498758 |

**VICTOR C HOLDERMAN**

Delivering on the Purple Promise
makes this check possible.

Exemptions    Addl Amt    Addl %
Fed:    M-04
PA(W):  N-04

Total Hours for Hourly/Piece Rate Period 10/06/19 - 10/12/19
    Worked = 0.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | | | | 142.70 |
| Delay Hrs | | | | 101.78 |
| Education | | | | 68.91 |
| STRAIGHT TIME | | | 0.00 | Sub-Total |
| Drop | 6.00 | 14.7900 | 88.74 | 2870.94 |
| Fuel | 4.00 | 7.3950 | 29.58 | 1226.08 |
| Hook | 7.00 | 14.7900 | 103.53 | 2698.34 |
| Mileage | 1872.00 | 0.6888 | 1289.43 | 63333.55 |
| Trctr Only | 3.00 | 7.3950 | 22.19 | 1528.61 |
| PIECE RATE | | | 1533.47 | Sub-Total |
| GROSS WAGES $$ | | | 1533.47 | Sub-Total |
| Show Up Py | | | | 57.66 |
| Pto/Supp | | | | 357.78 |
| Vacation | | | | 2845.54 |
| Holiday | | | | 1153.20 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| Bhe Est | | | | 1981.65 |
| OTHER | | | 0.00 | Sub-Total |

| | | This Stmt | Year-To-Date |
|---|---|---|---|
| TOTAL GROSS PAY | | 1533.47 | 78366.74 |
| Fed Tax Wages | | 1402.67 | 72017.79 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 38.9 | 12.4 | 26.5 |
| Vacation Balance | 111.6 | 67.6 | 44.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 1533.47 | 78366.74 |
| TOTAL TAXES | 296.03 | 16128.71 |
| TOTAL DEDUCTIONS | 218.14 | 8809.21 |
| NET PAY | 1019.30 | 53428.82 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 94.86 | 5809.00 |
| Fed MED/EE | 21.89 | 1121.94 |
| Fed OASDI/EE | 93.62 | 4797.27 |
| PA Unempl EE | 0.92 | 47.02 |
| PA Withholdng | 46.29 | 2372.67 |
| PA PA LOCAL Withh | 38.45 | 1970.81 |
| PA SNOW SHOE LS T | | 10.00 |
| TOTAL TAXES | 296.03 | 16128.71 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 107.34 | 5357.55 |
| 401kLoan08 | 44.02 | 1188.54 |
| Critcl Ill | 4.73 | 193.93 |
| Life Ins02 | 1.99 | 81.53 |
| &Dental 09 | 6.10 | 256.20 |
| Life Ins09 | 0.41 | 10.25 |
| Life Ins05 | 6.63 | 163.45 |
| &Medical 16 | 18.92 | 794.18 |
| Life Ins10 | 23.17 | 564.85 |
| &Vision 07 | 0.72 | 30.22 |
| HospIndemn | 4.11 | 168.51 |
| TOTAL DEDUCTIONS | 218.14 | 8809.21 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|

© 2001 Automatic Data Processing (FCSUV3)

---

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0023823115
Advice Date: 10/18/2019
2498758

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| VICTOR C HOLDERMAN | XXXXX1116 | 1019.30 |

Case 4:19-bk-05367-RNO    Doc 21    Filed 02/19/20    Entered 02/19/20 11:52:25    Desc Main Document    Page 17 of 18

![FedEx]

FXFSNO 00049808  008611-004595
DCL    002498758

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: M-04 | | |
| PA(W): N-04 | | |

# Earnings Statement

|  |  |
|---|---|
| | Page 002 of 002 |
| Pay Period: | 10/06/2019 - 10/12/2019 |
| Advice Date: | 10/18/2019 |
| Advice Number: | 0023823115 |
| Batch Number: | DCL002015309 |
| Employee ID: | 2498758 |

**VICTOR C HOLDERMAN**
--------------------------------
Delivering on the Purple Promise
makes this check possible.

| | | |
|---|---|---|
| @ ImpIncLif2 | 2.28 | 89.20 |
| TOTAL TXBLE BENEF | 2.28 | 89.20 |
| ER Paid Benefits | This Stmt | Year-To-Date |
| @&401kPreTx3 | 53.67 | 2742.83 |
| TOTAL ER PD BENEF | 53.67 | 2742.83 |

Other Information
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal Inquiries, please contact:
FedEx Freight, Inc
2200 Forward Drive
Harrison, AR 72601





THIS IS NOT A CHECK