In re:                                                              Case No. 19-05367-RNO
Melinda J. Holderman                                                Chapter 13
Victor C. Holderman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 2        Date Rcvd: Feb 24, 2020
                           Form ID: ntcnfhrg       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
db/jdb     +Melinda J. Holderman,   Victor C. Holderman,   500 Beaver Road,   Julian, PA 16844-8626
5290710    +Capital One,   P.O. Box 71087,   Charlotte, NC 28272-1087
5303609     Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
5290713    +Dick's Field & Stream,   P.O. Box 960012,   Orlando, FL 32896-0012
5290714    +First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
5290715    +Fulton Bank,   Card Member Service,   P.O. Box 790408,   St. Louis, MO 63179-0408
5290716    +Geisinger,   P.O. Box 983148,   Boston, MA 02298-3148
5290718    +Geisinger Medical Group,   C/o Penn Credit,   P.O. Box 69703,   Harrisburg, PA 17106-9703
5290720    +Lendmark Financial,   2264 E. College Ave.,   State College, PA 16801-7205
5290723    +Mt. Nittany Medical Center,   Credit Management Company,   P.O. Box 16346,
             Pittsburgh, PA 15242-0346
5290727    +Pennymac Loan Services, LLC,   P.O. Box 660929,   Dallas, TX 75266-0929
5290729    +Sam's Club,   P.O. Box 530930,   Atlanta, GA 30353-0930
5290730    +Sears Credit Cards,   P.O. Box 9001055,   Louisville, KY 40290-1055
5290731    +Shop Your Own Way Mastercard,   P.O. Box 9001104,   Louisville, KY 40290-1104
5290732    +U.S. Dept. of Education,   P.O. Box 2837,   Portland, OR 97208-2837
5290733    +Ulta - Comenity,   P.O. Box 659450,   San Antonio, TX 78265-9450
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db          +E-mail/Text: mjholderman@yahoo.com Feb 24 2020 19:53:43    Melinda J. Holderman,
             500 Beaver Road,   Julian, PA 16844-8626
jdb         +E-mail/Text: mjholderman@yahoo.com Feb 24 2020 19:53:43    Victor C. Holderman,
             500 Beaver Road,   Julian, PA 16844-8626
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2020 19:52:04
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5298934      E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2020 19:53:43    Ally Financial,
             PO Box 130424,   Roseville MN 55113-0004
5290708     +E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2020 19:53:43    Ally Payment Processing Center,
             P.O. Box 9001951,   Louisville, KY 40290-1951
5290709     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 24 2020 19:52:03    Capital One,
             P.O. Box 71083,   Charlotte, NC 28272-1083
5290243      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 24 2020 19:53:08
             Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
5290711     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 24 2020 19:53:57    Comenity Capital Bank,
             Bankruptcy Department,   PO Box 183043,   Columbus, Ohio 43218-3043
5290712     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 24 2020 19:52:05    Credit One,
             P.O. Box 98873,   Las Vegas, NV 89193-8873
5290717     +E-mail/Text: bnc-capio@quantum3group.com Feb 24 2020 19:54:08    Geisinger Clinic,
             c/o Capio Partners, LLC,   P.O. Box 3778,   Sherman, TX 75091-3778
5286860      E-mail/Text: ktramble@lendmarkfinancial.com Feb 24 2020 19:53:38
             Lendmark Financial Services, LLC,   2118 Usher St.,   Covington, GA 30014
5288306      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2020 19:52:39    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5290719     +E-mail/Text: bk@lendingclub.com Feb 24 2020 19:54:25    Lending Club,   P.O. Box 39000,
             Dept. 34268,   San Francisco, CA 94139-0001
5290722     +E-mail/Text: unger@members1st.org Feb 24 2020 19:54:34    Members 1st Federal Credit Union,
             P.O. Box 40,   Mechanicsburg, PA 17055-0040
5290724     +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2020 19:53:13    Navient,   220 Lasley Ave.,
             Wilkes-Barre, PA 18706-1430
5290725     +E-mail/Text: eluna@nuvisionfederal.org Feb 24 2020 19:54:09    NuVision Credit Union,
             7812 Edinger Ave.,   Huntington Beach, CA 92647-3727
5286831     +E-mail/PDF: cbp@onemainfinancial.com Feb 24 2020 19:53:00    OneMain,   P.O. Box 3251,
             Evansville, IN 47731-3251
5290726     +E-mail/PDF: cbp@onemainfinancial.com Feb 24 2020 19:53:00    OneMain Financial,
             1341 S. Atherton St.,   State College, PA 16801-6272
5295364      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2020 19:52:37
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5290728     +E-mail/Text: ebn_bkrt_forms@salliemae.com Feb 24 2020 19:54:28    Sallie Mae,   P.O. Box 8377,
             Philadelphia, PA 19101-8377
5300978     +E-mail/Text: ebn_bkrt_forms@salliemae.com Feb 24 2020 19:54:28    Sallie Mae,   PO Box 3319,
             Wilmington, DE 19804-4319
5283976     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2020 19:53:03    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5290721     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 24 2020 19:53:08    maurices Capital One,
             P.O. Box 71106,   Charlotte, NC 28272-1106
```
                                                                                 TOTAL: 23

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5303145*     +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                              TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Donald M Hahn    on behalf of Debtor 1 Melinda J. Holderman dhahn@nittanylaw.com
          Donald M Hahn    on behalf of Debtor 2 Victor C. Holderman dhahn@nittanylaw.com
          James  Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melinda J. Holderman,

**Debtor 1**

Victor C. Holderman,

**Debtor 2**

Chapter       13

Case No.       4:19–bk–05367–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 10, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: April 17, 2020 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes–Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570–831–2500/717–901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 24, 2020 |

ntcnfhrg (03/18)