UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    : No. 4-19-05367
MELINDA J. HOLDERMAN and            :
VICTOR C. HOLDERMAN,                :
                                    : Chapter 13
            Debtors                 :

## DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS

I, Donald M. Hahn, Esquire, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on April 17, 2020.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 USC Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

STOVER, McGLAUGHLIN, GERACE,
WEYANDT & McCORMICK, P.C.

Dated: _3/12/2020_  BY: */s/ Donald M. Hahn*_____
Donald M. Hahn, Esquire
122 East High Street
P. O. Box 209
Bellefonte, PA 16823
(814) 355-8235
Attorney for Debtor(s)

# DECLARATION

I, Melinda J. Holderman, named as debtor(s) in this case, declare under penalty of perjury that I have read the foregoing Preconfirmation Certification of Compliance With Post-Petition Obligations and that it is true and correct to the best of my/our information and belief.

Dated:_3/9/2020___          _/s/ Melinda J. Holderman_____
                            Melinda J. Holderman


I, Victor C. Holderman, named as debtor(s) in this case, declare under penalty of perjury that I have read the foregoing Preconfirmation Certification of Compliance With Post-Petition Obligations and that it is true and correct to the best of my/our information and belief.

Dated:_3/9/2020___          _/s/ Victor C. Holderman_____
                            Victor C. Holderman