IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: No. 4-19-05367
MELINDA J. HOLDERMAN and VICTOR C. :
HOLDERMAN, :
: Chapter 13
Debtors :

PRAECIPE TO WITHDRAW APPEARANCE

PLEASE remove my appearance as attorney for the above-referenced debtor(s), effective July 31, 2020. My association with the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., is scheduled to terminate on that date, and I will no longer be representing clients after that date. The above-referenced debtor(s) will continue to be represented by the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C.

Respectfully submitted,

Dated: 7/31/2020    BY: /s/ Donald M. Hahn
                        Donald M. Hahn, Esquire
                        919 University Drive
                        State College, PA 16801
                        (814) 231-1850
                        PA Bar ID No. 66398
                        dhahn@nittanylaw.com

dwthdrw

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

      Charles DeHart, III, Esquire
      Chapter 13 Trustee

<u>Service by First-Class Mail Addressed as Follows:</u>

      Melinda Holderman
      500 Beaver Road
      Julian, PA 16844

      Victor Holderman
      500 Beaver Road
      Julian, PA 16844

DATED this _*31st*_____ day of _*July*_____, A.D., *2020*_.

                              _*/s/ Donald M. Hahn*_____