```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                        Case No. 19-05367-RNO
Melinda J. Holderman                                          Chapter 13
Victor C. Holderman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke           Page 1 of 1           Date Rcvd: Aug 03, 2020
                              Form ID: ntsempas         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
       +Stover, McGlaughlin, Gerace, Weyandt &,   McCormick, P.C.,   919 University Drive,   State College, PA 16801-6633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db          +E-mail/Text: mjholderman@yahoo.com Aug 03 2020 19:38:57      Melinda J. Holderman,   500 Beaver Road,   Julian, PA 16844-8626
jdb         +E-mail/Text: mjholderman@yahoo.com Aug 03 2020 19:38:57      Victor C. Holderman,   500 Beaver Road,   Julian, PA 16844-8626
                                                                                                        TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      Donald M Hahn    on behalf of Debtor 1 Melinda J. Holderman dhahn@nittanylaw.com
      Donald M Hahn    on behalf of Debtor 2 Victor C. Holderman dhahn@nittanylaw.com
      James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                        TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Melinda J. Holderman <br> **Debtor 1** <br><br> Victor C. Holderman <br> **Debtor 2** <br><br> **Debtor(s)** | Chapter: 13 <br><br> Case number: 4:19−bk−05367−RNO <br><br> Document Number: 48 <br><br> Matter: Withdrawal of Appearance |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on December 17, 2019.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court** <br> **The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing.** | **Date: 8/21/20** <br><br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **August 17, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 3, 2020 |

ntsempas(05/18)