UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| MELINDA J. HOLDERMAN AND VICTOR C. HOLDERMAN<br><br>Debtors | : : : : : : : | 4-19-05367<br><br>Chapter 13 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of the Debtor in the above-captioned matter.

STOVER, McGLAUGHLIN, GERACE,
WEYANDT & McCORMICK, P.C.

By: _____
    Jeffrey W. Stover, Esquire
    122 East High Street
    Bellefonte, PA 16823
    (814) 355-8235 Phone
    (814) 355-1304 Fax
    jstover@nittanylaw.com
    Attorney for Debtor
    PA I.D. No. 37652

Date: 8/20/2020

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

Service by ECF Notice Addressed as Follows:

Charles DeHart, III, Esquire
Chapter 13 Trustee

Service by First-Class Mail Addressed as Follows:

Victor C. & Melinda J. Holderman
500 Beaver Road
Julian, PA   16844

DATED this 20 day of August, A.D., 2020

Jeffrey W. Stover, Esquire
122 East High Street
Bellefonte, PA   16823

Case 4:19-bk-05367-RNO    Doc 51    Filed 08/20/20    Entered 08/20/20 07:13:49    Desc
Main Document    Page 2 of 2