UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MELINDA J. HOLDERMAN

VICTOR C. HOLDERMAN

          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

MELINDA J. HOLDERMAN
VICTOR C. HOLDERMAN

          Respondent(s)

CHAPTER 13

CASE NO: 4-19-05367-MJC

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 23, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   August 23, 2021          Respectfully submitted,

          /s/   Agatha R. McHale, Esquire
          ID:  47613
          Attorney for Movant
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          Phone:  (717) 566-6097
          Fax:  (717) 566-8313
          eMail:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELINDA J. HOLDERMAN
VICTOR C. HOLDERMAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 4-19-05367-MJC

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> September 16, 2021 at 10:00 AM
> This hearing will be held remotely using free Zoom Video Conference software.
>
> THERE WILL BE NO IN COURT APPEARANCE FOR THIS HEARING.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1364.00**
**AMOUNT DUE FOR THIS MONTH: $682.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $2046.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
   JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  

Dated:  August 23, 2021                    eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MELINDA J. HOLDERMAN

        VICTOR C. HOLDERMAN                          CHAPTER 13

                    Debtor(s)

JACK N. ZAHAROPOULOS                 CASE NO: 4-19-05367-MJC
CHAPTER 13 TRUSTEE
            Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 23, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                           Served Electronically

| STOVER MCGLAUGHLIN LAW FIRM | UNITED STATES TRUSTEE |
|---|---|
| 122 EAST HIGH STREET | SUITE 1190 |
| BELLEFONTE, PA  16823- | 228 WALNUT STREET |
|  | HARRISBURG, PA  17101 |

                                           Served by First Class Mail

MELINDA J. HOLDERMAN
VICTOR C. HOLDERMAN
500 BEAVER ROAD
JULIAN, PA  16844

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 23, 2021                               Bobbie Weigel
                                                    for Jack N. Zaharopoulos, Trustee
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097
                                                   eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELINDA J. HOLDERMAN
VICTOR C. HOLDERMAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 4-19-05367-MJC

vs.

MELINDA J. HOLDERMAN
VICTOR C. HOLDERMAN

MOTION TO DISMISS

## ORDER DISMSSING CASE

 Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.