Certificate Number: 14912-PAM-DE-034111518

Bankruptcy Case Number: 19-05367



14912-PAM-DE-034111518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2020</u>, at <u>10:45</u> o'clock <u>AM EST</u>, <u>Victor Holderman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 19, 2020</u>          By: <u>/s/Jai Bhatt</u>

                                      Name: <u>Jai Bhatt</u>

                                      Title: <u>Counselor</u>