United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-05367-MJC
Melinda J. Holderman  Chapter 13
Victor C. Holderman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: May 12, 2025     Form ID: 3180W     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5290713 | + | Dick's Field & Stream, P.O. Box 960012, Orlando, FL 32896-0012 |
| 5290716 | | Geisinger, P.O. Box 983148, Boston, MA 02298 |
| 5290720 | + | Lendmark Financial, 2264 E. College Ave., State College, PA 16801-7205 |
| 5290723 | + | Mt. Nittany Medical Center, Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5290729 | + | Sam's Club, P.O. Box 530930, Atlanta, GA 30353-0930 |
| 5283976 | + | Snchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: mjholderman@yahoo.com | May 12 2025 18:41:00 | Melinda J. Holderman, 500 Beaver Road, Julian, PA 16844-8626 |
| jdb | + | Email/Text: mjholderman@yahoo.com | May 12 2025 18:41:00 | Victor C. Holderman, 500 Beaver Road, Julian, PA 16844-8626 |
| cr | + | EDI: AISACG.COM | May 12 2025 22:40:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 12 2025 22:40:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 12 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: PRA.COM | May 12 2025 22:40:00 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: AISACG.COM | May 12 2025 22:40:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423015 | + | EDI: AISACG.COM | May 12 2025 22:40:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5298934 | | EDI: GMACFS.COM | May 12 2025 22:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5290708 | + | EDI: GMACFS.COM | May 12 2025 22:40:00 | Ally Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5290709 | + | EDI: CAPITALONE.COM | May 12 2025 22:40:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5290710 | + | EDI: CAPITALONE.COM | May 12 2025 22:40:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 5290243 | | EDI: CAPITALONE.COM | May 12 2025 22:40:00 | Capital One Bank (USA), N.A., by American |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5303609 | | EDI: CITICORP | May 12 2025 22:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5290711 | + | EDI: WFNNB.COM | May 12 2025 22:40:00 | Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, Ohio 43218-3043 |
| 5290712 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2025 18:48:16 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5311529 | | Email/Text: ECMCBKNotices@ecmc.org | May 12 2025 18:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5290714 | + | EDI: AMINFOFP.COM | May 12 2025 22:40:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 5290715 | + | EDI: USBANKARS.COM | May 12 2025 22:40:00 | Fulton Bank, Card Member Service, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 5290717 | + | EDI: CAPIO.COM | May 12 2025 22:40:00 | Geisinger Clinic, c/o Capio Partners, LLC, P.O. Box 3778, Sherman, TX 75091-3778 |
| 5290718 | + | Email/Text: bankruptcies@penncredit.com | May 12 2025 18:41:00 | Geisinger Medical Group, C/o Penn Credit, P.O. Box 69703, Harrisburg, PA 17106-9703 |
| 5286860 | | Email/Text: bk@lendmarkfinancial.com | May 12 2025 18:41:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5578338 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 18:48:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5578339 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 18:48:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5288306 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 18:48:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5290719 | + | EDI: LENDNGCLUB | May 12 2025 22:40:00 | Lending Club, P.O. Box 39000, Dept. 34268, San Francisco, CA 94139-0001 |
| 5290722 | + | Email/Text: unger@members1st.org | May 12 2025 18:41:00 | Members 1st Federal Credit Union, P.O. Box 40, Mechanicsburg, PA 17055-0040 |
| 5290724 | + | Email/PDF: bankruptcy_prod@navient.com | May 12 2025 18:48:00 | Navient, 220 Lasley Ave., Wilkes-Barre, PA 18706-1430 |
| 5290725 | + | Email/Text: collections.bankruptcy@nuvisioncu.org | May 12 2025 18:41:00 | NuVision Credit Union, 7812 Edinger Ave., Huntington Beach, CA 92647-3727 |
| 5286831 | + | EDI: AGFINANCE.COM | May 12 2025 22:40:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5290726 | + | EDI: AGFINANCE.COM | May 12 2025 22:40:00 | OneMain Financial, 1341 S. Atherton St., State College, PA 16801-6272 |
| 5295364 | | EDI: PRA.COM | May 12 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5305014 | + | Email/PDF: ebnotices@pnmac.com | May 12 2025 18:48:46 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5290727 | + | Email/PDF: ebnotices@pnmac.com | May 12 2025 18:48:08 | Pennymac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 5290728 | + | EDI: SALLIEMAEBANK.COM | May 12 2025 22:40:00 | Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377 |
| 5300978 | | EDI: SALLIEMAEBANK.COM | May 12 2025 22:40:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 5290730 | + | EDI: CITICORP | May 12 2025 22:40:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5290731 | + | EDI: CITICORP | May 12 2025 22:40:00 | Shop Your Own Way Mastercard, P.O. Box 9001104, Louisville, KY 40290-1104 |
| 5290732 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 12 2025 18:41:00 | U.S. Dept. of Education, P.O. Box 2837, Portland, OR 97208-2837 |
| 5290733 | | EDI: WFNNB.COM | May 12 2025 22:40:00 | Ulta - Comenity, P.O. Box 659450, San Antonio, TX 78265 |
| 5290721 | + | EDI: CAPITALONE.COM | May 12 2025 22:40:00 | maurices Capital One, P.O. Box 71106, Charlotte, NC 28272-1106 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5578340 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5578341 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5303145 | *+ | Snchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Jeffrey Stover | on behalf of Debtor 2 Victor C. Holderman jstover@nittanylaw.com |
| Jeffrey Stover | on behalf of Debtor 1 Melinda J. Holderman jstover@nittanylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Melinda J. Holderman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6028<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Victor C. Holderman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3643<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:19–bk–05367–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Melinda J. Holderman               Victor C. Holderman

**By the court:**

5/12/25

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**