# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Victor C. Holderman<br>Melinda J. Holderman<br>                         Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                         Movant<br>       vs.<br><br>**Victor C. Holderman**<br>**Melinda J. Holderman**<br>                         Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                         Trustee | BK NO. 19-05367 MJC<br><br>Chapter 13<br><br>Related to Claim No. 20-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 21, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Victor C. Holderman
500 Beaver Road
Julian, PA 16844

Melinda J. Holderman
500 Beaver Road
Julian, PA 16844

<u>Attorney for Debtor(s)</u>
Donald M. Hahn, Esq.
919 University Drive
State College, PA 16801

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 21, 2022</u>

                                                                   **/s/ Michael P. Farrington**
                                                                   Michael P. Farrington, Esq.
                                                                   Attorney I.D. 329636
                                                                   KML Law Group, P.C.
                                                                   BNY Mellon Independence Center
                                                                   701 Market Street, Suite 5000
                                                                   Philadelphia, PA 19106
                                                                   (215) 825-6488
                                                                   mfarrington@kmllawgroup.com